IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:12-cr-00185-FJG-2 |
| | ) | |
| FREDERICK L. HARROLD, | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge John T. Maughmer (Doc. #255 filed on March 25, 2015), to which no objection has been filed, the plea of guilty to Counts 1 and 42 of the Superseding Indictment which was filed on December 13, 2012, is now accepted.  Defendant is adjudged guilty of such offense(s).  Sentencing will be set by subsequent order of the court.

         */s/ Fernando J. Gaitan, Jr.*
         Fernando J. Gaitan, Jr.
         United States District Judge

Dated:  April 20, 2015
Kansas City, Missouri